# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MINA HEINEN, DVM**

    **Plaintiff,**

v.

**NVA GANDY VETERINARY MANAGEMENT, LLC**

    **Defendant.**

**CASE NO.: 8:21-cv-01204-CEH-JSS**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii), Defendant, NVA GANDY VETERINARY MANAGEMENT, LLC, and Plaintiff, MINA HEINEN, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice. The Parties agree that this action should be closed, that Plaintiff's Complaint for relief be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Date: March 8, 2022.

| | |
|---|---|
| */s/Robert McKee* | */s/Lisa McGlynn* |
| Robert F. McKee, Esq. | Lisa A. McGlynn, Esq. |
| Florida Bar No.: 295132 | Florida Bar No.: 0056327 |
| yborlaw@gmail.com | lmcglynn@fisherphillips.com |
| 1718 E 7th Ave, Suite 301 | 101 E. Kennedy Blvd., Suite 2350 |
| Tampa, FL 33605 | Tampa, Florida 33602 |
| Telephone: (813) 248-6400 | Telephone: (813) 769-7500 |
| Facsimile: (813) 248-4020 | Facsimile: (813) 769-7501 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

FP 43438917.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Robert F. McKee, Esq.
1718 E 7th Ave, Suite 301
Tampa, FL 33605
yborlaw@gmail.com

                                                  /s/Lisa McGlynn
                                                  Lisa A. McGlynn, Esq.