**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MINA HEINEN,

    Plaintiff,

v.                                           Case No: 8:21-cv-1204-CEH-JSS

NVA GANDY VETERINARY
MANAGEMENT, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 15). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 15).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on March 8, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record